1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Claimant/Owner
   DAN XIA
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No.  CV 08-4777 SC
                                    )
11         Plaintiff,                )   **ORDER PURSUANT TO**
                                    )   **STIPULATION EXTENDING**
12    vs.                           )   **TIME FOR CLAIMANT TO FILE**
                                    )   **CLAIM AND RESPONSE TO THE**
13 REAL PROPERTY AND                )   **COMPLAINT**
   IMPROVEMENTS LOCATED AT 671     )
14 MAUD AVENUE, SAN LEANDRO,        )
   CALIFORNIA APN #077-0520-024-02, )
15                                  )
           Defendant.                )
16 _____  )
                                    )
17 DAN XIA,                          )
                                    )
18         Owner of Record.          )
   _____  )
19

20     Based on the below stipulation between the parties, it is hereby ordered that the time

21 for Claimant and Owner of Record, Dan Xia,  to file a Claim and Response to the Complaint

22 for Forfeiture on file herein, is hereby extended to and including January 16, 2009.

23 DATED: November 18, 2008      _____
                                 HONORABLE SAMUEL CONTI
24                               JUDGE, UNITED STATES DISTRICT COURT

25 SO STIPULATED:

26 DATED: November 18, 2008       /s/ Geoffrey Rotwein
                                 GEOFFREY ROTWEIN
27                               Attorney for Claimant/Owner of Record
                                 DAN XIA
28

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC        -1-

| | | |
|---|---|---|
| 1 | DATED: November 18, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ Susan B. Gray<br>SUSAN B. GRAY<br>Assistant United States Attorney |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**          -2-