1  MARK GOLDROSEN, ESQ.  (CA SBN 101731)
   255 Kansas Street, Suite 340
2  San Francisco, California  94103
   Facsimile: (415) 565-9601
3  Telephone: (4l5) 565-9600

4  Attorney for Claimant/Owner
   JUNMEI YAN

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No.  CV 08-4777 SC
                                    )
11         Plaintiff,               )   **ORDER PURSUANT TO**
                                    )   **STIPULATION EXTENDING**
12     vs.                          )   **TIME FOR CLAIMANT TO FILE**
                                    )   **CLAIM AND RESPONSE TO THE**
13 REAL PROPERTY AND                )   **COMPLAINT**
   IMPROVEMENTS LOCATED AT 671     )
14 MAUD AVENUE, SAN LEANDRO,        )
   CALIFORNIA APN #077-0520-024-02, )
15                                  )
           Defendant.                )
16 _____  )
                                    )
17 JUNMEI YAN,                      )
                                    )
18         Claimant.                )
                                    )
19 _____

20     Based on the below stipulation between the parties, it is hereby ordered that the time

21 for Claimant Junmei Yan  to file a Claim and Response to the Complaint for Forfeiture on file

22 herein, is hereby extended to and including January 16, 2009.

23 DATED: December  5, 2008
                                        _____
24                                      HONORABLE SAMUEL CONTI
                                        JUDGE, UNITED STATES DISTRICT COURT
25 SO STIPULATED:

26 DATED: December 4, 2008             */s/ Mark Goldrosen*
                                        MARK GOLDROSEN
27                                      Attorney for Claimant
                                        JUNMEI YAN
28

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC           -1-

| | | |
|---|---|---|
| 1 | DATED: December 4, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ Susan B. Gray<br>SUSAN B. GRAY<br>Assistant United States Attorney |

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**             -2-