1  MARK GOLDROSEN, ESQ.  (CA SBN 101731)
   255 Kansas Street, Suite 340
2  San Francisco, California  94103
   Facsimile: (415) 565-9601
3  Telephone: (4l5) 565-9600

4  Attorney for Claimant/Owner
   JUNMEI YAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | No.  CV 08-4777 SC |
| Plaintiff,               ) | **ORDER PURSUANT TO STIPULATION EXTENDING TIME FOR CLAIMANT TO FILE CLAIM AND RESPONSE TO THE COMPLAINT** |
| vs.               ) | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 671 MAUD AVENUE, SAN LEANDRO, CALIFORNIA APN #077-0520-024-02,               ) | |
| Defendant.               ) | |
| JUNMEI YAN,               ) | |
| Claimant.               ) | |

Based on the below stipulation between the parties, it is hereby ordered that the time for Claimant Junmei Yan to file a Claim and Response to the Complaint for Forfeiture on file herein, is hereby extended to and including April 16, 2009.

DATED: January  8 , 2009

_____
HONORABLE SAMUEL CONTI
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Samuel Conti* [seal: United States District Court, Northern District of California]

SO STIPULATED:

DATED: January 7, 2009         /s/ Mark Goldrosen
                                MARK GOLDROSEN
                                Attorney for Claimant
                                JUNMEI YAN

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC              -1-

| | | |
|---|---|---|
| 1 | DATED: January 7, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | By: */s/ Susan B. Gray*<br>SUSAN B. GRAY<br>Assistant United States Attorney |

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**                    -2-