```
 1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
    400 Montgomery Street, Second Floor
 2  San Francisco, California  94104
    Facsimile: (415) 397-0862
 3  Telephone: (4l5) 397-0860

 4  Attorney for Claimant/Owner
    DAN XIA
 5
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CV 08-4777 SC |
|---|---|---|
| Plaintiff, | ) | **ORDER PURSUANT TO STIPULATION EXTENDING TIME FOR CLAIMANT TO FILE CLAIM AND RESPONSE TO THE COMPLAINT** |
| vs. | ) | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 671 MAUD AVENUE, SAN LEANDRO, CALIFORNIA APN #077-0520-024-02, | ) | |
| Defendant. | ) | |
| DAN XIA, | ) | |
| Owner of Record. | ) | |

   Based on the below stipulation between the parties, it is hereby ordered that the time for Claimant and Owner of Record, Dan Xia, to file a Claim and Response to the Complaint for Forfeiture on file herein, is hereby extended from January 16, 2009, for three months, to and including April 16, 2009.

DATED: January 13, 2009

_____
HONORABLE S[AM]
JUDGE, UNITED S[TATES DISTRICT] COURT

*IT IS SO ORDERED / Judge Samuel Conti*

SO STIPULATED:

DATED: January 7, 2009        /s/ Geoffrey Rotwein
                              GEOFFREY ROTWEIN
                              Attorney for Claimant/Owner of Record DAN XIA

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC          -1-

| | | |
|---|---|---|
| 1 | DATED: January 7, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | By: */s/ Susan B. Gray*<br>SUSAN B. GRAY<br>Assistant United States Attorney |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**            -2-