JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7324
    Facsimile: (415) 436-7234
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. C** 08-4777SC |
| | ) | |
| Plaintiff, | ) | EX PARTE REQUEST TO |
| | ) | CONTINUE CASE MANAGEMENT |
| v. | ) | CONFERENCE AND (~~PROPOSED~~) |
| | ) | ORDER |
| REAL PROPERTY AND IMPROVEMENTS AT | ) | |
| 671 MAUD AVENUE, SAN LEANDRO, | ) | |
| CALIFORNIA, APN #077-0520-024-02, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is set for a Case Management Conference before the Court on January 23, 2009. However, pursuant to stipulation between the United States and potential claimants, Dan Xia and Junmei Yan, the time for the claimants to file their verified claim and answer has been extended to April 16, 2009. No other parties have appeared in the case and no issues have been

*1*

1  joined.  Accordingly, the United States requests the Court to continue the Case Management
2  Conference until June 26, 2009, or until such other time is convenient for the Court.
3       GOOD CAUSE APPEARING, the Case Management Conference currently set for
4  January 23, 2009, is continued to June 26, 2009, at 10.00 a..m.

7       IT IS SO ORDERED.

8  Dated:   1/20/09



SAM
United ... dge
Judge Samuel Conti