1  MARK GOLDROSEN, ESQ.  (CA SBN 101731)
   255 Kansas Street, Suite 340
2  San Francisco, California  94103
   Facsimile: (415) 565-9601
3  Telephone: (415) 565-9600

4  Attorney for Claimant/Owner
   JUNMEI YAN

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   No.  CV 08-4777 SC
                                       )
11            Plaintiff,               )   **ORDER PURSUANT TO**
                                       )   **STIPULATION EXTENDING**
12      vs.                            )   **TIME FOR CLAIMANT TO FILE**
                                       )   **CLAIM AND RESPONSE TO THE**
13  REAL PROPERTY AND                  )   **COMPLAINT**
    IMPROVEMENTS LOCATED AT 671        )
14  MAUD AVENUE, SAN LEANDRO,          )
    CALIFORNIA APN #077-0520-024-02,   )
15                                     )
            Defendant.                 )
16  _____)
                                       )
17  JUNMEI YAN,                        )
                                       )
18            Claimant.                )
    _____)
19

20

21       Based on the below stipulation between the parties, it is hereby ordered that the time

22  for Claimant Junmei Yan  to file a Claim and Response to the Complaint for Forfeiture on file

23  herein, is hereby extended to and including June 16, 2009.

24

25  DATED: April 7, 2009

26                               HONORABLE _____ TI
                                 JUDGE, UNITED STATES DISTRICT COURT
27                               *IT IS SO ORDERED*
                                 *Judge Samuel Conti*
28

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC              -1-

1   SO STIPULATED:

2   DATED: April 2, 2009                    /s/ Mark Goldrosen
                                            MARK GOLDROSEN
3                                           Attorney for Claimant
                                            JUNMEI YAN
4

5   DATED: April 7, 2009                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
                                            By: /s/ Susan B. Gray
7                                           SUSAN B. GRAY
                                            Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18                                    .

19

20

21

22

23

24

25

26

27

28

    ORDER/STIPULATION
    EXTENDING TIME: CV 08-4777 SC                -2-