1  GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (415) 397-0860

4  Attorney for Claimant/Owner
   DAN XIA

5

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. CV 08-4777 SC
                                    )
11        Plaintiff,                )   **ORDER PURSUANT TO**
                                    )   **STIPULATION EXTENDING**
12    vs.                           )   **TIME FOR CLAIMANT TO FILE**
                                    )   **CLAIM AND RESPONSE TO THE**
13 REAL PROPERTY AND                )   **COMPLAINT**
   IMPROVEMENTS LOCATED AT 671      )
14 MAUD AVENUE, SAN LEANDRO,        )
   CALIFORNIA APN #077-0520-024-02, )
15                                  )
          Defendant.                )
16                                  )
                                    )
17 DAN XIA,                         )
                                    )
18        Owner of Record.          )
                                    )
19

20       Based on the below stipulation between the parties, it is hereby ordered that the time

21 for Claimant and Owner of Record, Dan Xia, to file a Claim and Response to the Complaint

22 for Forfeiture on file herein, is hereby extended from June 16, 2009, for two months, to and

23 including August 17, 2009.

24 DATED: June 8, 2009

                                        _____
25                                      HONORABLE SAMUEL CONTI
                                        JUDGE, UNITED STATES DISTRICT COURT

                                        IT IS SO ORDERED
                                        [signature] Judge Samuel Conti

26 ///

27 ///

28 ///

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC            -1-

1  SO STIPULATED:

2  DATED: June 3, 2009                    /s/ Geoffrey Rotwein
                                          GEOFFREY ROTWEIN
3                                         Attorney for Claimant/Owner of Record DAN XIA

4  DATED: June 3, 2009                    JOSEPH P. RUSSONIELLO
                                          United States Attorney
5
                                          By: /s/ Susan B. Gray
6                                             SUSAN B. GRAY
                                              Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**              -2-