1  MARK GOLDROSEN, ESQ. (CA SBN 101731)
   255 Kansas Street, Suite 340
2  San Francisco, California 94103
   Facsimile: (415) 565-9601
3  Telephone: (415) 565-9600

4  Attorney for Claimant/Owner
   JUNMEI YAN
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )  No. CV 08-4777 SC
                                      )
11 |        Plaintiff,                )  **ORDER PURSUANT TO**
                                      )  **STIPULATION EXTENDING**
12 |   vs.                            )  **TIME FOR CLAIMANT TO FILE**
                                      )  **CLAIM AND RESPONSE TO THE**
13 | REAL PROPERTY AND                )  **COMPLAINT**
     IMPROVEMENTS LOCATED AT 671      )
14 | MAUD AVENUE, SAN LEANDRO,        )
     CALIFORNIA APN #077-0520-024-02, )
15 |                                  )
                                      )
16 |        Defendant.                )
     _____ )
                                      )
17 | JUNMEI YAN,                      )
                                      )
18 |        Claimant.                 )
     _____ )
19

20

21     Based on the below stipulation between the parties, it is hereby ordered that the time

22 for Claimant Junmei Yan to file a Claim and Response to the Complaint for Forfeiture on file

23 herein, is hereby extended to and including August 17, 2009.

24

25 DATED: June 8, 2009
                                              _____
26                                            HONORABLE SAMUEL CONTI
                                              JUDGE, U.S. DISTRICT COURT
27                                            [Seal: IT IS SO ORDERED / Judge Samuel Conti]

28

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC              -1-

1  SO STIPULATED:

2  DATED: June 4, 2009           /s/ Mark Goldrosen
                                 MARK GOLDROSEN
3                                Attorney for Claimant
                                 JUNMEI YAN
4

5  DATED: June 4, 2009           JOSEPH P. RUSSONIELLO
                                 United States Attorney
6
                                 By: /s/ Susan B. Gray
7                                    SUSAN B. GRAY
                                     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**               -2-