1    MARK GOLDROSEN, ESQ. (CA SBN 101731)
     255 Kansas Street, Suite 340
2    San Francisco, California 94103
     Facsimile: (415) 565-9601
3    Telephone: (415) 565-9600

4    Attorney for Claimant/Owner
     JUNMEI YAN

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10    UNITED STATES OF AMERICA,      )    No. CV 08-4777 SC

11           Plaintiff,              )    **ORDER PURSUANT TO**
                                   )    **STIPULATION EXTENDING**
12           vs.                   )    **TIME FOR CLAIMANT TO FILE**
                                   )    **CLAIM AND RESPONSE TO THE**
13    REAL PROPERTY AND            )    **COMPLAINT**
     IMPROVEMENTS LOCATED AT 671   )
14    MAUD AVENUE, SAN LEANDRO,    )
     CALIFORNIA APN #077-0520-024-02, )
15                                      )
             Defendant.          )
16                                      )
     ——————————————————— )
17    JUNMEI YAN,                     )
                                     )
18           Claimant.           )
     ——————————————————— )
19

20

21        Based on the below stipulation between the parties, it is hereby ordered that the time

22    for Claimant Junmei Yan to file a Claim and Response to the Complaint for Forfeiture on file

23    herein, is hereby extended to and including September 16, 2009.

24

25    DATED: August 13, 2009

26                      HONORABLE S. CONTI
                       JUDGE, UNITED STATES DISTRICT COURT
27                 *IT IS SO ORDERED*
                    Judge Samuel Conti
28

SO STIPULATED:

DATED: August 12, 2009

/s/ Mark Goldrosen
MARK GOLDROSEN
Attorney for Claimant
JUNMEI YAN

DATED: August 13, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Susan B. Gray
SUSAN B. GRAY
Assistant United States Attorney