1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Claimant/Owner
   DAN XIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CV 08-4777 SC |
|---|---|
| Plaintiff, | ) **ORDER PURSUANT TO STIPULATION EXTENDING TIME FOR CLAIMANT TO FILE CLAIM AND RESPONSE TO THE COMPLAINT** |
| vs. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 671 MAUD AVENUE, SAN LEANDRO, CALIFORNIA APN #077-0520-024-02, | |
| Defendant. | |
| DAN XIA, | |
| Owner of Record. | |

Based on the below stipulation between the parties, it is hereby ordered that the time for Claimant and Owner of Record, Dan Xia, to file a Claim and Response to the Complaint for Forfeiture on file herein, is hereby extended from August 17, 2009, for two months, to and including October 19, 2009.

DATED: August 17, 2009

HONORABLE
JUDGE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

///

///

///

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC                 -1-

1 | SO STIPULATED:

2 | DATED: August 10, 2009           */s/ Geoffrey Rotwein*
                                     GEOFFREY ROTWEIN
3 |                                  Attorney for Claimant/Owner of Record DAN XIA

4 | DATED: August 10, 2009           JOSEPH P. RUSSONIELLO
                                     United States Attorney
5 |
                                 By: */s/ Susan B. Gray*
6 |                                  SUSAN B. GRAY
                                     Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**                -2-