1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Claimant/Owner
   DAN XIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CV 08-4777 SC |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED]** ORDER PURSUANT TO STIPULATION EXTENDING TIME FOR CLAIMANT TO FILE CLAIM AND RESPONSE TO THE COMPLAINT |
| vs. | ) | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 671 MAUD AVENUE, SAN LEANDRO, CALIFORNIA APN #077-0520-024-02, | ) | |
| Defendant. | ) | |
| DAN XIA, | ) | |
| Owner of Record. | ) | |

   Based on the below stipulation between the parties, it is hereby ordered that the time for Claimant and Owner of Record, Dan Xia,  to file a Claim and Response to the Complaint for Forfeiture on file herein, is hereby extended from October 19, 2009 to November 11, 2009.

DATED: October __15__, 2009

_____
HONORABLE _____ CONTI
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
/s/ Samuel Conti
Judge Samuel Conti

///
///
///

ORDER/STIPULATION
EXTENDING TIME: CV 08-4777 SC                 -1-

SO STIPULATED:

DATED: October 9, 2009         */s/ Geoffrey Rotwein*
                               GEOFFREY ROTWEIN
                               Attorney for Claimant/Owner of Record DAN XIA

DATED: October 9, 2009         JOSEPH P. RUSSONIELLO
                               United States Attorney

                           By: */s/ Susan B. Gray*
                               SUSAN B. GRAY
                               Assistant United States Attorney

**ORDER/STIPULATION**
**EXTENDING TIME: CV 08-4777 SC**                    -2-