1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Claimant/Owner
   DAN XIA

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,          )        No.  CV 08-4777 SC
                                       )
11             Plaintiff,              )        ~~[PROPOSED]~~ **ORDER PURSUANT TO**
                                       )        **STIPULATION EXTENDING**
12       vs.                           )        **TIME FOR CLAIMANT TO FILE**
                                       )        **CLAIM AND RESPONSE TO THE**
13  REAL PROPERTY AND IMPROVEMENTS )           **COMPLAINT**
    LOCATED AT 671 MAUD AVENUE, SAN )
14  LEANDRO, CALIFORNIA APN #077-0520- )
    024-02,                            )
15                                     )
               Defendant.              )
16  _____)
    DAN XIA,                           )
17                                     )
               Owner of Record.        )
18  _____)

19

20       Based on the below stipulation between the parties, it is hereby ordered that the time for

21  Claimant and Owner of Record, Dan Xia,  to file a Claim and Response to the Complaint for

22  Forfeiture on file herein, is hereby extended from November 11 to 19, 2009.

23

24  DATED: November _4_, 2009

25                                    HONORABLE SAMUEL CONTI
                                      JUDGE, UNITED STATES DISTRICT COURT

26  ///

27  ///

28  ///

    **ORDER/STIPULATION**
    **EXTENDING TIME: CV 08-4777 SC**          -1-

1   SO STIPULATED:

2   DATED: November 2, 2009          /s/ Geoffrey Rotwein
                                     GEOFFREY ROTWEIN
3                                    Attorney for Claimant/Owner of Record DAN XIA

4   DATED: November 2, 2009          JOSEPH P. RUSSONIELLO
                                      United States Attorney
5
                                  By: /s/ Susan B. Gray
6                                     SUSAN B. GRAY
                                      Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28