1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2

3    BRIAN J. STRETCH (CSBN 163973)
     Chief, Criminal Division
4

5    SUSAN B. GRAY (CSBN 100374)
     Assistant United States Attorney
6
           450 Golden Gate Avenue, Box 36055
7          San Francisco, CA 94102
           Telephone: (415) 436–7324
8          Facsimile:  (415) 436-7234
9          email:  susan.b.gray@usdoj.gov

10   Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT
12

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO VENUE

15   UNITED STATES OF AMERICA,           )   ·   **No.**  C 08-4777 SC
                                         )
16                                       )
                      Plaintiff,         )   EX PARTE REQUEST TO
17                                       )   CONTINUE CASE MANAGEMENT
          v.                             )   CONFERENCE AND [PROPOSED]
18                                       )   ORDER
                                         )
19   REAL PROPERTY AND IMPROVEMENTS AT)
     671 MAUD AVENUE, SAN LEANDRO,       )
20   CALIFORNIA, APN #077-0520-024-02,   )
                                         )
21                                       )
                      Defendant.         )
22   _____)

23         This matter is set for a Case Management Conference before the Court on December 4,

24   2009.  However, pursuant to the attached stipulation between the United States and potential
25

26   claimant, Dan Xia, the parties have entered into a settlement agreement. *See,* Attachment A.  No

27   other parties have appeared in the case and no issues have been joined.  However, Chase Home

28   Finance LLC ("Chase") holds a note on the property.  The United States and the attorneys for

     **EX PARTE REQ. TO CONT. CMC & PO**

                                                                                            *1*

Chase are negotiating an additional stipulation and Order of Forfeiture which they expect to be

able to submit to the court within the next two weeks.  Thereafter, the United States will seek a

dismissal of this action.   Accordingly, the United States requests the Court to continue the Case

Management Conference until February 5, 2010, or until such other time is convenient for the

Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 11/25/09

SUSAN B. GRAY
Assistant United States Attorney

GOOD CAUSE APPEARING, the Case Management Conference currently set for

December 4, 2009, is continued to February 5, 2010, at 10.00 a.m.

IT IS SO ORDERED.

Dated:      November 30, 2010



IT IS SO ORDERED
Judge Samuel Conti

EX PARTE REQ. TO CONT. CMC & PO

ATTACHMENT A

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney
**6**

**7**    450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
**8**    Telephone: (415) 436–7324
Facsimile: (415) 436-7234
**9**    email: susan.b.gray@usdoj.gov

**10**
Attorneys for Plaintiff
**11**

**12**          UNITED STATES DISTRICT COURT

**13**        NORTHERN DISTRICT OF CALIFORNIA

**14**            SAN FRANCISCO VENUE

**15**
UNITED STATES OF AMERICA,                )     No.  C 08-4777 SC
**16**                                         )
                        Plaintiff,       )     FINAL SETTLEMENT
**17**                                         )     STIPULATION RE: 1) JOINING
                                         )     ISSUE; 2) WAIVER OF CLAIMS
**18**          v.                             )     BY DAN XIA
                                         )
**19** REAL PROPERTY AND IMPROVEMENTS AT )
671 MAUD AVENUE, SAN LEANDRO,            )
**20** CALIFORNIA, APN #077-0520-024-02,      )
**21**                                         )
                        Defendant.       )
**22**                                         )

**23**
         This Agreement is by and between plaintiff, United States of America (hereinafter
**24**
"Plaintiff"), and Dan Xia, owner of record of the defendant real property, (hereinafter "Parties")
**25**
to compromise and settle any possible claims by Dan Xia in the above-captioned action.[1]  The
**26**
**27**

**28**
STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC

parties hereby stipulate and agree as follows:

1. On or about October 17, 2008, Plaintiff filed its Complaint for Forfeiture against the defendant real property more commonly known as 671 Maud Avenue, San Leandro, California 94577, APN #077-0520-024-02 (hereinafter "defendant real property") which is more fully described in Exhibit 1.

2. Dan Xia is the owner of record of defendant property.

3. Dan Xia does not dispute the Plaintiff's allegations that the defendant real property represents: (1) property involved in or traceable to a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956 and 1957-money laundering, and thus is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(A); and (2) property representing the proceeds of narcotics trafficking in violation of Title 21, United States Code, Section 841, 843(b) and 846, and thus is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6).

4. Dan Xia consents to the forfeiture and sale of the defendant property and agrees to the entry of an Order of Forfeiture as to the defendant property by this Court. He waives all right title and interest in the defendant property and agrees that said property shall be forfeited to the United States and disposed of according to law by the United States. He agrees to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims that currently exist or that may arise as a result of the Government's actions against and relating to the defendant property.

5. This settlement is a compromise over disputed issues and does not constitute any

STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC

2

1 admission of wrongdoing or liability by any party.

2        6. The terms of this settlement agreement shall be subject to approval by the United States

3 district court and any violation of any terms and conditions shall be construed as a violation of an

4 order of the court.

6        7. Each party agrees to bear its own costs and attorneys' fees.

7        8. The Parties further agree that this Settlement Agreement does not constitute precedent

8 on any legal issue for any purpose whatsoever, including all administrative proceedings and any

10 lawsuits.

11       9. Based on the foregoing Settlement Agreement between the United States and Dan

12 Xia, the Parties agree that, subject to the Court's approval, JUDGMENT OF FORFEITURE may

13 be entered.

14

15                                              JOSEPH P. RUSSONIELLO
                                                UNITED STATES ATTORNEY

16
Dated: November 19, 2009
17                                              Susan B. Gray
                                                Assistant United States Attorney
18

19
Dated: November 23 2009
20                                              Dan Xia, owner of record

21

22                                              Geoffrey Rotwein
                                                Attorney for Dan Xia
23

24                                              **ORDER**

25    IT IS SO ORDERED.

26
                                                _____
27                                              SAMUEL CONTI
                                                United States District Judge

28
STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC

3