JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

6

7    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
8    Telephone: (415) 436-7324
     Facsimile: (415) 436-7234
9    email: susan.b.gray@usdoj.gov

10
Attorneys for Plaintiff
11

12                  **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN FRANCISCO VENUE**

15
UNITED STATES OF AMERICA,                )    No. C 08-4777 SC
16                                       )
                                         )    **FINAL SETTLEMENT**
17                    Plaintiff,         )    **STIPULATION RE: 1) JOINING**
                                         )    **ISSUE; 2) WAIVER OF CLAIMS**
18            v.                         )    **BY DAN XIA**
                                         )
REAL PROPERTY AND IMPROVEMENTS AT )
671 MAUD AVENUE, SAN LEANDRO,            )
CALIFORNIA, APN #077-0520-024-02,        )
21                                       )
                       Defendant.        )
22                                       )

23
        This Agreement is by and between plaintiff, United States of America (hereinafter
24
"Plaintiff"), and Dan Xia, owner of record of the defendant real property. (hereinafter "Parties")
25

to compromise and settle any possible claims by Dan Xia in the above-captioned action.[1] The

27

28
**STIPULATED SETTLEMENT AGREEMENT**
**C-08-4777 SC**

1
parties hereby stipulate and agree as follows:

2
    1.    On or about October 17, 2008, Plaintiff filed its Complaint for Forfeiture against the

3
defendant real property more commonly known as 671 Maud Avenue, San Leandro, California

94577, APN #077-0520-024-02 (hereinafter "defendant real property") which is more fully

described in Exhibit 1.

7
    2.    Dan Xia is the owner of record of defendant property.

8

9
    3.    Dan Xia does not dispute the Plaintiff's allegations that the defendant real property

represents: (1) property involved in or traceable to a transaction or attempted transaction in

violation of Title 18, United States Code, Sections 1956 and 1957-money laundering, and thus is

12
subject to forfeiture to the United States pursuant to Title 18, United States Code, Section

13
981(a)(1)(A); and (2) property representing the proceeds of narcotics trafficking in violation of

14
Title 21, United States Code, Section 841, 843(b) and 846, and thus is subject to forfeiture to the

United States pursuant to Title 21, United States Code, Section 881(a)(6).

17
    4.    Dan Xia consents to the forfeiture and sale of the defendant property and agrees to the

18
entry of an Order of Forfeiture as to the defendant property by this Court. He waives all right title

19
and interest in the defendant property and agrees that said property shall be forfeited to the United

20
States and disposed of according to law by the United States.  He agrees to release and hold

22
harmless the United States, and any agents, servants, and employees of the United States (and any

23
involved state or local law enforcement agencies and their agents, servants, or employees), in their

24
individual or official capacities, from any and all claims that currently exist or that may arise as a

25
result of the Government's actions against and relating to the defendant property.

27
    5.  This settlement is a compromise over disputed issues and does not  constitute any

28
**STIPULATED SETTLEMENT AGREEMENT**
**C-08-4777 SC**

1
admission of wrongdoing or liability by any party.

2
    6. The terms of this settlement agreement shall be subject to approval by the United States

3
district court and any violation of any terms and conditions shall be construed as a violation of an

4
order of the court.

6
    7. Each party agrees to bear its own costs and attorneys' fees.

7
    8. The Parties further agree that this Settlement Agreement does not constitute precedent

8
on any legal issue for any purpose whatsoever, including all administrative proceedings and any

9
lawsuits.

11
    9. Based on the foregoing Settlement Agreement between the United States and Dan

12
Xia, the Parties agree that, subject to the Court's approval, JUDGMENT OF FORFEITURE may

13
be entered.

14

15
                                  JOSEPH P. RUSSONIELLO

16
                                  UNITED STATES ATTORNEY

Dated: November 20, 2009

17

18
                                  Susan B. Gray

19
                                  Assistant United States Attorney

Dated: November 23 2009

20

21
                                  Dan Xia, owner of record

22

23
                                  Geoffrey Rotwein

                                  Attorney for Dan Xia

24
                                **ORDER**

25
    IT IS SO ORDERED.

26

27

28
STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC



IT IS SO ORDERED

Judge Samuel Conti

1/5/10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3