JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-7234
email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> REAL PROPERTY AND IMPROVEMENTS AT 671 MAUD AVENUE, SAN LEANDRO, CALIFORNIA, APN #077-0520-024-02, <br><br> Defendant. | No. C 08-4777 SC <br><br> **FINAL SETTLEMENT STIPULATION RE: 1) JOINING ISSUE; 2) WAIVER OF CLAIMS BY DAN XIA** |

This Agreement is by and between plaintiff, United States of America (hereinafter "Plaintiff"), and Dan Xia, owner of record of the defendant real property, (hereinafter "Parties") to compromise and settle any possible claims by Dan Xia in the above-captioned action.[1] The

STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC

parties hereby stipulate and agree as follows:

1. On or about October 17, 2008, Plaintiff filed its Complaint for Forfeiture against the defendant real property more commonly known as 671 Maud Avenue, San Leandro, California 94577, APN #077-0520-024-02 (hereinafter "defendant real property") which is more fully described in Exhibit 1.

2. Dan Xia is the owner of record of defendant property.

3. Dan Xia does not dispute the Plaintiff's allegations that the defendant real property represents: (1) property involved in or traceable to a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956 and 1957-money laundering, and thus is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(A); and (2) property representing the proceeds of narcotics trafficking in violation of Title 21, United States Code, Section 841, 843(b) and 846, and thus is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6).

4. Dan Xia consents to the forfeiture and sale of the defendant property and agrees to the entry of an Order of Forfeiture as to the defendant property by this Court. He waives all right title and interest in the defendant property and agrees that said property shall be forfeited to the United States and disposed of according to law by the United States. He agrees to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims that currently exist or that may arise as a result of the Government's actions against and relating to the defendant property.

5. This settlement is a compromise over disputed issues and does not constitute any

STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC

2

admission of wrongdoing or liability by any party.

6. The terms of this settlement agreement shall be subject to approval by the United States district court and any violation of any terms and conditions shall be construed as a violation of an order of the court.

7. Each party agrees to bear its own costs and attorneys' fees.

8. The Parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

9. Based on the foregoing Settlement Agreement between the United States and Dan Xia, the Parties agree that, subject to the Court's approval, JUDGMENT OF FORFEITURE may be entered.

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Dated: November 19, 2009

Susan B. Gray
Assistant United States Attorney

Dated: November 23 2009

Dan Xia, owner of record

Geoffrey Rotwein
Attorney for Dan Xia

**ORDER**

IT IS SO ORDERED.

STIPULATED SETTLEMENT AGREEMENT
C-08-4777 SC



IT IS SO ORDERED
Judge Samuel Conti
1/5/10

3